IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WRIGHT MEDICAL TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPINEOLOGY, INC., <br><br> Defendant. | Case No. 2:16-cv-2737-JPM-dkv |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice, filed by the parties on April 2, 2019. (ECF No. 104.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 3rd day of April, 2019.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE